**Exhibit B**

**Final/Sentencing Order for 2025 CRB 00069**

# IN THE STOW MUNICIPAL COURT
## SUMMIT COUNTY, OHIO

STATE OF OHIO ) CASE NO. 2025CRB00069
    PLAINTIFF )
  ) JUDGE/MAGISTRATE: LISA L. COATES
vs )
ZACHARY B KNOTTS ) SENTENCING ORDER
    DEFENDANT )

*MUNICIPAL COURT OF STOW, OHIO — 2025 MAY 12 P 1:18*

| SECTION | OFFENSE | DEGREE | |
|---|---|---|---|
| 1. 509.03A6A1 | DISORDERLY CONDUCT/LOUD SOUND | MM | ☒ Merge & Dismiss |
| 2. | | | ☐ Merge & Dismiss |
| 3. | | | ☐ Merge & Dismiss |
| 4. | | | ☐ Merge & Dismiss |
| 5. | | | ☐ Merge & Dismiss |

**AMENDMENTS**

Count # _____ is hereby amended to: _____ _____ _____
    (Section) / (Offense) (Degree)

☐ Recall Bench Warrant / Warrant on Complaint ☒ Case dismissed ~~at defendant's costs per agreement~~ — *w/o prejudice by the City*

On this date, defendant appeared in Court ☐ with ☐ without counsel.

☐ Defendant was found guilty beyond a reasonable doubt by ☐ court ☐ jury. Appellate rights have been given.

Defendant was advised of the nature of the charge and the minimum and maximum penalties that could be imposed, along with all rights set forth in Criminal Rules 11 and/or Traffic Rules 8 and 10. Having been duly advised of said rights and penalties, and having executed a written waiver of rights form, Defendant entered a plea of ☐ Guilty ☐ No Contest. Being satisfied that said plea was knowingly and voluntarily entered with a full understanding of the rights waived and potential penalties, a finding of guilty was entered.

   Sentence was imposed as follows:

   **Fine**: $_____ plus court costs | **Fine Suspended**: $_____

   **Jail**: _____ days | **Jail Suspended**: _____ days

☐ Restitution is ordered:
   in the amount of: $ _____
   and is payable to: _____

The suspended fine and/or jail time were suspended on the condition(s):
Defendant: obey all laws for: _____ years ☐ and comply with all terms of aftercare and treatment recommendations of any alcohol and/or drug treatment program; and comply with all terms of ignition interlock or alcohol monitoring if ordered by the Court.

☐ Proof of Insurance Shown

The unsuspended jail time imposed shall be served in:
☐ Cuyahoga Falls Jail ☐ Macedonia Jail ☐ Solon Jail ☐ Glenwood Jail ☐ DIP ☐ MOP ☐ RIP ☐ SHARP
☐ Summit County Jail ☐ Other: _____. ☐ Credit for time served.
☐ SCRAM to continue until MOP/DIP. ☐ And after for ____ days and then a CCO discretion.
☐ EMHA for a period of _____ days in lieu of jail under the standard conditions of the court. ☐ No Release ☐ w/ SCRAM

☐ Defendant's operator's license was suspended for a term of _____ days/months eff. _____
☐ Vehicle immobilized for _____ days effective _____.

☐ Limited driving privileges under standard conditions of court w/ ☐ Restricted Plates and/or ☐ an Ignition Interlock Device.

☐ Community Control for a term of _____ months. ☐ Probation Monitoring for a term of ____ months. (Details on a separate document.) Comply with all Rules of the Community Control Department and pay all associated costs as directed.

☐ ____ hours of Community Service. ☐ in lieu of payment of fines and court costs.

☐ No Contact with: _____ ☐ Never to return to: _____
☐ Credit all fines and costs with time in jail/prison.
Other Orders: _____

_____
Judge/Magistrate

Date: **May 9, 2025**