# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, <br><br> *Defendants*. | Case No. 5:25-cv-01120 <br><br> **Judge John R. Adams** |

## PLAINTIFFS' NOTICE OF MANUAL FILING OF DECLARATION WITH VIDEO EXHIBIT

Please take notice that Plaintiffs, Zachary Knotts and Lindsay Knotts, have manually filed the following non-pdf exhibits in support of Plaintiffs' Motion for Preliminary Injunction. [ECF No. 3]:

1. A copy of a thumb drive consisting of two video recordings taken by Plaintiff Lindsay Knotts, stored in non-pdf format, and identified as Exhibits 1 and 2 to the Declaration of Lindsay Knotts (Doc. #3-1) filed on June 3, 2024.

These videos have not been filed electronically because they cannot be converted to a pdf or electronic format. These videos will be manually served on all parties.

Respectfully submitted,

**AMERICAN CENTER FOR LAW & JUSTICE**

*[signature]*

Abigail Southerland
625 Bakers Bridge Ave., Ste. 105-121
Franklin, TN 37067
Tel.: (615) 599-5572
Email: asoutherland@aclj.org
NDOH Bar No. TN026608

Liam R. Harrell*
Nathan J. Moelker*
201 Maryland Ave., NE
Washington, DC 20002
Tel.: (202) 855-1778
Email: lharrell@aclj.org;
nmoelker@aclj.org
*applications forthcoming*

*Counsel for Plaintiffs*