# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, *Plaintiffs,*<br>*v.*<br>CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities,<br>*Defendants.* | CASE NO.: 5:25-cv-01120<br><br>JUDGE JOHN R. ADAMS |

## PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL

Now comes Liam Ross Harrell to enter his appearance as counsel on behalf of Plaintiffs Zachary and Lindsay Knotts in the above-captioned matter.

Dated: June 5, 2025

                                              Respectfully submitted,

                                              Liam R. Harrell
                                              NDOH Bar No. DC1740309
                                              AMERICAN CENTER FOR LAW & JUSTICE
                                              201 Maryland Ave., NE
                                              Washington, DC 20002
                                              Tel.: (202) 855-1778
                                              Fax: (202) 546-9309
                                              Email: lharrell@aclj.org