**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, *Plaintiffs,* <br> *v.* <br> CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, <br> *Defendants.* | CASE NO.: 5:25-cv-01120 <br><br> JUDGE JOHN R. ADAMS |

## PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL

Now comes Nathan Jeremiah Moelker to enter his appearance as counsel on behalf of Plaintiffs Zachary and Lindsay Knotts in the above-captioned matter.

Dated: June 12, 2025

Respectfully submitted,

/s/ Nathan J. Moelker
Nathan J. Moelker
NDOH Bar No. VA98313
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
Tel.: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org