**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **ZACHARY KNOTTS and LINDSAY KNOTTS**  )  <br>  ) <br> **Plaintiffs**   ) <br> **v.**    ) <br>    ) <br> **CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY, in his individual and official capacities**  ) <br>  ) <br> **Defendants**   ) | **CASE NO: 5:25-cv-01120-JRA** <br><br> **JUDGE JOHN R. ADAMS** <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS CITY OF CUYAHOGA FALLS, DYLAN PARATORE, AND BRADFORD DOBNEY** |

Notice is hereby given to the Court and all parties that Paul J. Schumacher, Paul A. Roman, Jr., and Maria V. Hanley, of the law firm of Dickie, McCamey & Chilcote, P.C., enter their appearance as counsel for and on behalf of Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney, in the captioned action.

The Clerk and all parties will please take notice that all pleadings and notices may from this day forward be sent directly to the undersigned attorneys.

This Notice of Appearance is for the convenience of the Court and counsel and is not to be construed as a waiver of any jurisdictional or other defenses.

Respectfully submitted,

/s/ Paul J. Schumacher
**PAUL J. SCHUMACHER (0014370)**
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
216.685.1827 – Telephone
888.811.7144 - Facsimile
pschumacher@dmclaw.com

PAUL A. ROMAN, JR. (NDOH Bar No. PA318855)
MARIA V. HANLEY (NDOH Bar No. PA328857)
Dickie, McCamey & Chilcote, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
412.281.7272 – Telephone
888.811.7144 – Facsimile
proman@dmclaw.com
mhanley@dmclaw.com
**Attorneys for Defendants**
**City of Cuyahoga Falls, Dylan**
**Paratore, and Bradford Dobney**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, the foregoing Notice of Appearance of Counsel for Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney was filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul J. Schumacher
**PAUL J. SCHUMACHER (0014370)**
**Attorneys for Defendants**
**City of Cuyahoga Falls, Dylan**
**Paratore, and Bradford Dobney**