UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities,<br><br>*Defendants.* | Case No. 5:25-cv-01120<br><br>**Judge John R. Adams** |

**MOTION TO ADMIT COUNSEL STUART J. ROTH *PRO HAC VICE***

Pursuant to N.D. Ohio Civ. R. 83.5(h) Liam R. Harrell, attorney for Plaintiffs Zackary Knotts and Lindsay Knotts in the above-captioned action, hereby moves this court to admit Stuart J. Roth to appear and participate as co-counsel in this case on behalf of Plaintiffs *pro hac vice*.

Movant represents that Mr. Roth is a member in good standing of the bar of the District of Columbia (DC Bar No. 475937) as well as the United States Courts of the District of Columbia, the Middle District of Georgia, the Northern and Southern Districts of Alabama, the United States Courts of Appeals for the 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, and District of Columbia Circuits, and the United States Supreme Court. This Motion is supported by a Declaration of Mr. Roth and the required filing fee.

Mr. Roth's relevant contact information is as follows:

>Stuart J. Roth
>AMERICAN CENTER FOR LAW & JUSTICE
>201 Maryland Ave., NE
>Washington, DC 20002
>Tel: (202) 641-9160
>Fax: (202) 546-9309
>sroth@aclj.org

Submitted: June 18, 2025

>  /s/ Liam Harrell
>Liam Harrell
>NDOH Bar No. DC1740309
>201 Maryland Ave. NE
>Washington, DC 20002
>Tel: (202) 641-9160
>Fax: (202) 546-9309
>Email: lharrell@aclj.org