# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ZACHARY KNOTTS and LINDSAY KNOTTS,** | ) Case No. 5:25-cv-01120-JRA  ) ) |
| **Plaintiffs,** | ) ) **NOTICE OF APPEARANCE** |
| v. | ) ) |
| **CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY, in his individual and official capacities,** | ) ) ) ) **JURY TRIAL DEMANDED** ) ) |
| **Defendants.** | ) |

To:   Clerk of Court

KINDLY enter the appearance of Maria V. Hanley of the law firm Dickie, McCamey & Chilcote, P.C. on behalf of Defendants, City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney.

          Respectfully submitted,

          DICKIE, McCAMEY & CHILCOTE, P.C.

          By:  /s/ Maria V. Hanley
               **MARIA V. HANLEY (PA328857)**

               Four Gateway Center
               444 Liberty Avenue, Suite 1000
               Pittsburgh, PA  15222
               Phone:  (412) 281-7272
               Fax:  (888) 811-7144
               Email:  mhanley@dmclaw.com

               Attorneys for Defendants,
               City of Cuyahoga Falls, Dylan
               Paratore, and Bradford Dobney

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I filed the foregoing **Notice of Appearance** with the Clerk using the CM/ECF System, which will send notification of such filing to all counsel of record.

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ Maria V. Hanley
    **MARIA V. HANLEY**

Attorneys for Defendants,
City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney