# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ZACHARY KNOTTS and LINDSAY KNOTTS,** ) | Case No. 5:25-cv-01120-JRA |
| ) | |
| **Plaintiffs,** ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| **CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY, in his individual and official capacities,** ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |

To: Clerk of Court

KINDLY enter the appearance of Paul A. Roman, Jr. of the law firm Dickie, McCamey & Chilcote, P.C. on behalf of Defendants, City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ Paul A. Roman, Jr.
**PAUL A. ROMAN, JR. (PA318855)**

Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
Phone:  (412) 281-7272
Fax:  (888) 811-7144
Email:  proman@dmclaw.com

Attorneys for Defendants,
City of Cuyahoga Falls, Dylan
Paratore, and Bradford Dobney

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I filed the foregoing **Notice of Appearance** with the Clerk using the CM/ECF System, which will send notification of such filing to all counsel of record.

          DICKIE, McCAMEY & CHILCOTE, P.C.

          By: /s/ Paul A. Roman, Jr.
               **PAUL A. ROMAN, JR.**

               Attorneys for Defendants,
               City of Cuyahoga Falls, Dylan
               Paratore, and Bradford Dobney