# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, | ) )  ) |
| **Plaintiffs,** | ) Case No. 5:25-CV-01120-JRA ) ) |
| v. | ) JUDGE JOHN R. ADAMS ) |
| CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## PROPOSED ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby ordered that Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be on or before July 8, 2025.

_____
John R. Adams, USDJ