**Motion granted. Responsive pleading now due 7/8/2025.**
**/s/ John R. Adams**
**U.S. District Judge**
**6/23/2025**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 5:25-CV-01120-JRA<br>)<br>) |
| v. | ) JUDGE JOHN R. ADAMS<br>) |
| CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

AND NOW, come Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney, by and through their counsel, Dickie, McCamey & Chilcote, P.C., and file the within Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, stating as follows:

1. This matter arises out of a constitutional challenge to a municipal ordinance enacted by the City of Cuyahoga Falls.

2. In addition to a Complaint (ECF No. 1), Plaintiffs filed a Motion for Preliminary Injunction. (ECF No. 3).

3. Defendant City of Cuyahoga Falls was served on June 3, 2025 (ECF No. 6) and counsel has entered their appearance on behalf of all Defendants.

4. Defendants Dylan Paratore and Bradford Dobney acknowledge service of the Complaint as well.