**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ZACHARY KNOTTS and LINDSAY KNOTTS,** | ) ) | |
| | ) | **Case No. 5:25-CV-01120-JRA** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| **CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney respectfully move pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order granting dismissal of Plaintiffs' claims to brought under the United States and Ohio Constitutions at Counts I, II, III, IV, V, VI, and VII of Plaintiffs' Complaint. These claims fail to state a claim upon which relief can be granted and should be dismissed as a matter of law. The grounds for these Motions are more fully set forth in the accompanying Memorandum of Law in Support, which is incorporated herein by reference.

*[Signature on following page]*

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

By:  /s/ Paul J. Schumacher
     **PAUL J. SCHUMACHER (0014370)**
     600 Superior Avenue East
     Fifth Third Center, Suite 2330
     Cleveland, Ohio 44114
     216.685.1827 – Telephone
     888.811.7144 – Facsimile
     pschumacher@dmclaw.com

     **PAUL A. ROMAN, JR.**
     **MARIA V. HANLEY**
     Four Gateway Center
     444 Liberty Avenue, Suite 1000
     Pittsburgh, Pennsylvania 15222
     412.281.7272 – Telephone
     888.811.7144 – Facsimile
     proman@dmclaw.com
     mhanley@dmclaw.com

     **Attorneys for Defendants**
     **City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 7, 2025, I filed the foregoing **Defendants' Partial Motion to Plaintiffs' Complaint** with the Clerk using the CM/ECF System, which will send notification of such filing to all counsel of record.


DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ Paul J. Schumacher
    **PAUL J. SCHUMACHER**

    **Attorneys for Defendants**
    **City of Cuyahoga Falls, Dylan**
    **Paratore, and Bradford Dobney**