# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY, in his individual and official capacities,<br><br>*Defendants.* | CASE NO.: 5:25-cv-01120<br><br>**JUDGE JOHN R. ADAMS** |

## PLAINTIFFS' MOTION FOR ORAL ARGUMENT REGARDING PENDING MOTION FOR PRELIMINARY INJUNCTION

Come now Plaintiffs Zachary and Lindsay Knotts, by and through counsel, who respectfully move for an oral argument on their pending Motion for Preliminary Injunction, filed June 3, 2025. Doc. 3. On June 20, 2025, Defendants filed an Opposition thereto. Doc. 12. On June 27, 2025, Plaintiffs filed a Reply in support of the Motion. Doc. 15.

WHEREAS Plaintiffs Zachary and Lindsay Knotts continue to face severe chilling of their constitutionally guaranteed freedom of speech, and pursuant to Local Rule 7.1, they respectfully request an opportunity to, through counsel, orally present their argument for preliminary injunction.

Respectfully submitted,

**AMERICAN CENTER FOR LAW & JUSTICE**

Liam R. Harrell DC1740309
201 Maryland Ave., NE
Washington, DC 20002
Tel.: (202) 855-1778
Fax: (202) 546-9309
Email: lharrell@aclj.org