# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, | ) ) ) |
| Plaintiffs, | ) Case No. 5:25-CV-01120-JRA ) ) |
| v. | ) JUDGE JOHN R. ADAMS ) |
| CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, having provided written notice to Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney, and providing notice to all other parties with this filing, Paul A. Roman, Jr. hereby moves the Court for leave to withdraw as counsel for Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney in the above-captioned action. Defendants will continue to be represented by Dickie McCamey & Chilcote, P.C., Paul J. Schumacher, Esq., and Maria Hanley, Esq. in this action.

*[Signature on following page]*

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

By: */s/ Paul A. Roman, Jr.*
    **PAUL A. ROMAN, JR.**
    Four Gateway Center
    444 Liberty Avenue, Suite 1000
    Pittsburgh, Pennsylvania 15222
    412.281.7272 – Telephone
    888.811.7144 – Facsimile
    proman@dmclaw.com
    mhanley@dmclaw.com

    **Attorneys for Defendants**
    **City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I filed the foregoing **Motion for Leave of Court to Withdraw as Counsel** with the Clerk using the CM/ECF System, which will send notification of such filing to all counsel of record.

                                                DICKIE, McCAMEY & CHILCOTE, P.C.

                                                By: */s/ Paul A. Roman, Jr.*
                                                         **Paul A. Roman, Jr.**

                                                         **Attorneys for Defendants**
                                                         **City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney**