Motion granted.
/s/ John R. Adams
U.S. District Judge
8/28/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ZACHARY KNOTTS and LINDSAY KNOTTS, | ) ) ) |
| Plaintiffs, | ) Case No. 5:25-CV-01120-JRA ) ) |
| v. | ) JUDGE JOHN R. ADAMS ) |
| CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY in his individual and official capacities, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, having provided written notice to Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney, and providing notice to all other parties with this filing, Paul A. Roman, Jr. hereby moves the Court for leave to withdraw as counsel for Defendants City of Cuyahoga Falls, Dylan Paratore, and Bradford Dobney in the above-captioned action. Defendants will continue to be represented by Dickie McCamey & Chilcote, P.C., Paul J. Schumacher, Esq., and Maria Hanley, Esq. in this action.

*[Signature on following page]*