**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ZACHARY KNOTTS, et al., | ) | CASE NO: 5:25-CV-01120 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF CUYAHOGA FALLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' motion to dismiss Plaintiffs' federal claims is GRANTED. Counts I through V are dismissed WITH prejudice. The Court declines to exercise supplemental dismissal over the remaining state claims. Counts VI, VII, VIII are dismissed WITHOUT prejudice. This complaint is DISMISSED in its entirety.

IT IS SO ORDERED.


March 31, 2026
Date

/s/ *Judge John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT