# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

ZACHARY KNOTTS and LINDSAY KNOTTS,

*Plaintiffs,*

*v.*

CITY OF CUYAHOGA FALLS, DYLAN PARATORE, in his individual and official capacities, and BRADFORD DOBNEY, in his individual and official capacities,

*Defendants.*

CASE NO.: 5:25-cv-01120

**JUDGE JOHN R. ADAMS**

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above captioned action, Zachary and Lindsay Knotts, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered by the District Court on March 31, 2026. Doc. 25. This appeal includes all interlocutory orders, rulings, and decisions that merged into the final judgment, including the memorandum and order of the District Court granting Defendants' Motion to Dismiss entered on March 31, 2026. Doc. 24.

Respectfully submitted,

**AMERICAN CENTER FOR LAW & JUSTICE**
Abigail Southerland TN026608
Nathan J. Moelker VA98313
Liam R. Harrell DC1740309
201 Maryland Ave., NE
Washington, DC 20002
Tel.: (202) 855-1778
Fax: (202) 546-9309
Email: nmoelker@aclj.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court and was served upon all counsel of record via PACER.

*s/ Nathan J. Moelker*
**AMERICAN CENTER FOR LAW & JUSTICE**
Abigail Southerland TN026608
Nathan J. Moelker VA98313
Liam R. Harrell DC1740309
201 Maryland Ave., NE
Washington, DC 20002
Tel.: (202) 855-1778
Fax: (202) 546-9309
Email: nmoelker@aclj.org
*Counsel for Plaintiff*
